IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RANDY A. HAMMONS, | ) | |
|     Petitioner | ) | Civil Action No. 7:11cv00489 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HAROLD W. CLARKE, | ) | By:  Norman K. Moon |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED** and **ADJUDGED** that respondent's motion to dismiss (docket no. 10) is **GRANTED**; the above referenced 28 U.S.C. § 2254 petition is **DISMISSED**; Hammons' request for the court to appoint counsel (docket no. 20) is **DENIED as MOOT**; and this action is **STRICKEN** from the court's active docket.

Furthermore, finding that Hammons has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and to all counsel of record.

    **ENTER**:  This 6th day of September, 2012.

    /s/ Norman K. Moon
    NORMAN K. MOON
    UNITED STATES DISTRICT JUDGE